AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

DAVID AUGUST KILLE, SR.,

     Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

                            CASE NUMBER: **3:08-cv-00469-ECR-RAM**

CHARLES A. BOROWY, et al.,

     Defendants.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice. IT IS FURTHER ORDERED that the defendant's #5 motion for screening is DENIED. IT IS FURTHER ORDERED that the removing defendants' #6 motion to extend the time to answer is GRANTED, such that the defendants are granted an extension of time within which to answer up through entry of the current order. This action is dismissed without prejudice for failure to state a claim upon which relief can be granted.

   December 17, 2008                            **LANCE S. WILSON**
                                                                Clerk

                                                             /s/ Kalani Lizares
                                                             Deputy Clerk