```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                           RENO, NEVADA
```

DAVID AUGUST KILLE, SR.,               )      3:08-CV-00469-ECR-RAM
                                       )
    Plaintiff,                         )      MINUTES OF THE COURT
                                       )
vs.                                    )      DATE: August 17, 2010
                                       )
CHARLES A. BOROWY, et al.,             )
                                       )
    Defendants.                        )
_____)

PRESENT:       EDWARD C. REED, JR.                U. S. DISTRICT JUDGE

Deputy Clerk:      COLLEEN LARSEN       Reporter:      NONE APPEARING

Counsel for Plaintiff(s)                  NONE APPEARING

Counsel for Defendant(s)                  NONE APPEARING

MINUTE ORDER IN CHAMBERS

    On July 28, 2010, the Magistrate Judge filed a Report and Recommendation (#49) recommending that Defendants' Motion for Summary Judgment (#44) be granted.

    Plaintiff filed Objections (#50).  The Objections (#50) are without merit.

    The Report and Recommendation (#49) is well taken.  **IT IS, THEREFORE, HEREBY ORDERED** that the Report and Recommendation is **APPROVED** and **ADOPTED**. **IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (#44) is **GRANTED**.

    The Clerk shall enter judgment accordingly.


                                          LANCE S. WILSON, CLERK

                                          By        /s/
                                               Deputy Clerk