UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

DAVID AUGUST KILLE, SR.,              )    3:08-CV-00469-ECR-RAM
                                      )
     Plaintiff,                       )    MINUTES OF THE COURT
                                      )
vs.                                   )    DATE: August 23, 2010
                                      )
CHARLES A. BOROWY, et al.,            )
                                      )
     Defendants.                      )
_____)

PRESENT:     EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:     COLLEEN LARSEN     Reporter:     NONE APPEARING

Counsel for Plaintiff(s)              NONE APPEARING

Counsel for Defendant(s)              NONE APPEARING

MINUTE ORDER IN CHAMBERS

     This case is closed, and judgment has been entered against Plaintiff. Nevertheless, Plaintiff has filed a "Motion for Clarification" (#54), requesting that the Court "review" whether a letter to Plaintiff from Defendants contains wording that is "an act of intimidation as the plaintiff feels it is." The letter appears to be an offer to settle this case; Defendants offer to waive recovery of costs in exchange for a promise that Plaintiff will not appeal this matter.

     Plaintiff's motion (#54) is improper. We express no opinion as to whether the letter is "an act of intimidation" because the issue is irrelevant to the adjudication of this closed case.

     **IT IS, THEREFORE, HEREBY ORDERED** that Plaintiff's "Motion for Clarification" (#54) is **DENIED**.


                                   LANCE S. WILSON, CLERK

                                   By _____/s/_____
                                          Deputy Clerk